IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YASUSHI KALEOHANO-ARAKAKI, #A0115950,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF HAWAII, *et al.*,<br><br>　　　　Defendants. | CIVIL NO. 24-00131 DKW-RT<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER |

Before the Court is an Application to Proceed In Forma Pauperis by a Prisoner filed by pro se Plaintiff Yasushi Kaleohano-Arakaki.[1] ECF No. 6-2. In his IFP Application, Plaintiff states that he is not employed as a prisoner at the Halawa Correctional Facility, and he has no other sources of income. *Id.* at PageID.21. Plaintiff also states that he owns no property. *Id.* A prison official certified that Plaintiff has $106.71 on account and that his average monthly balance during the last six months was $75.55. *Id.* at PageID.22. The prison official further certified that Plaintiff's average monthly deposits during the last six months totaled $62.50. *Id.* Based on the information currently before the Court, therefore,

---

[1] Kaleohano-Arakaki is currently incarcerated at the Halawa Correctional Facility. *See* VINE, https://vinelink.vineapps.com/search/HI/Person (select "ID Number"; enter "A0115950"; and select "Search") (last visited Apr. 22, 2024).

Plaintiff qualifies as a pauper, and his IFP Application is GRANTED.  *See* 28 U.S.C. § 1915(a)(1); *see Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (stating that "[o]ne need not be absolutely destitute to obtain benefits of the in forma pauperis statute" (internal quotation marks and citation omitted)).

As a prisoner, Plaintiff is obligated to pay the full filing fee regardless of the outcome of this suit.  *See* 28 U.S.C. § 1915(b)(1), (e)(2).  Plaintiff shall pay an initial partial filing fee of 20% of the greater of: (1) the average monthly deposits to his account; or (2) the average monthly balance in his account for the six-month period immediately preceding the filing of the Complaint.  28 U.S.C. § 1915(b)(1). Thereafter, Plaintiff shall make monthly payments equaling 20% of the preceding month's income credited to his account, when the amount in his account exceeds $10.00, until the $350.00 civil filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

IT IS HEREBY ORDERED that:

(1)  The Hawaii Department of Public Safety or its designee the Warden of the Halawa Correctional Facility shall calculate, collect, and remit to the Clerk of Court an initial partial payment equaling 20% of Plaintiff's average monthly balance or average monthly deposits to his account, whichever is greater. Thereafter, the Warden or designee shall collect monthly payments equaling 20% of Plaintiff's preceding month's income when the account exceeds $10.00, until

the $350.00 filing fee is paid in full.  *See* 28 U.S.C. § 1915(b)(2).  These payments must be identified by the name and number assigned to this action.

(2)  The Clerk SHALL serve a copy of this order on Plaintiff, the Halawa Correctional Facility Warden and Financial Office, and Laurie Nadamoto, Esq., Department of Public Safety Litigation Coordinator, and submit a copy of this order to the District of Hawaii's Financial Department.

IT IS SO ORDERED.

DATED: April 22, 2024 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge

---

*Yasushi Kaleohano-Arakaki, et al.*; Civil No. 24-00131 DKW-RT; **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**

3